Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

FILED ___ LODGED
RECEIVED ___ COPY

FEB 29 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the

District of **Arizona**

**Tucson**, Division

Case No. **CV-24-00122-TUC-JGZ**
(to be filled in by the Clerk's Office)

**Bernard Thomas Henry Jr**
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Judge Ronald Newman Pima County Consolidated
Judge Victoria Steele Pima County Consolidated
Judge Gary Cohen Superior Court of Appeals
Attorney Christopher Jeffrey Cynthia Daly
Gra Bartlett Tucker Russell Daly**
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: (check one) ☒ Yes ☐ No

Deprivate of rights under the color of law
Conspiracy to Conspire
U.S. 18 title 42 section 1983
U.S. 18 title 42 section 1985
U.S. 18 title 42 section 1986
chapter 21
Judicial Malfeasance with intentional
Misconduct to use Judicial Discretion
and Judicial overreach to deprive due
Process and Equal Justice of law
Causing Serious Bodily Injury
Intentionally Depriving Utilities Caus-
ing serious Health
Crisis

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 c

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Bernard T Henry Jr
Address: 702 S. 6th Ave — Homeless by Deprivation
Tucson, AZ 85701
County: Pima
Telephone Number: 520 535 6323
E-Mail Address: bernardthomashenryjr@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Gia Bartlett-Tucker
Job or Title: Owner of which I have Signed Binding
Address: Property lease Agreement P.O. Box 0752
Ramah, NM 87321
County: McKinley County
Telephone Number:
E-Mail Address: giabartlett@icloud.com
☒ Individual capacity   ☐ Official capacity

Defendant No. 2
Name: Cynthia Delly
Job or Title: Owner who I have no lease with
Address: By 752 Ramah NM has lawyer
325 W. Franklin St 115
Tucson, AZ 85701
County: McKinley County
Telephone Number:
E-Mail Address: christophers-cnylawoffices.com
☒ Individual capacity   ☐ Official capacity

Defendant No. 3
   Name: Judge Ronald Newman
   Job or Title (if known): Pima County Consolidated Justice Court Evictions
   Address: 240 N Stone Av
   City: Tucson   State: AZ   Zip Code: 85701
   County: Pima
   Telephone Number: 520 724 3501
   E-Mail Address (if known):
   ☐ Individual capacity   ☒ Official capacity

Defendant No. 4
   Name: Judge Gary Cohen
   Job or Title (if known): Superior Court of Appeals I
   Address: 110 W. Congress St
   City: Tucson   State: AZ   Zip Code: 85701
   County: Pima
   Telephone Number: 520 724 8521
   E-Mail Address (if known):
   ☐ Individual capacity   ☒ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.  Are you bringing suit against (check all that apply):

      ☐ Federal officials (a *Bivens* claim)

      ☒ State or local officials (a § 1983 claim)

   B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Deprivation under the Color of Law to Infringe upon a Person Based on fraud by Conspiracy with others by denying said Justice and Due Process of Law when fraud to Deprive inspite of the Federal, State, and Constitutional Rights

   C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant 5    Judge Victoria Steele
               Pima County Consolidated Justice
               Court
               240 N. Stone Ave Tucson AZ 85701
               Pima County

Defendant 6    Russell Daly
               Box 752 Ramah NM 87321
               McKinley County

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Owner Lia Bartlett-Tucker in spite of our signed property lease agreement conspired with others manip ulated the court through fraudulent claim of breech of lease agreement filed by Cynthia Daly and their lawyer. Judge Ronald Newman assisted and permitted the fraud to find his judicial over reach lying to the Appellate Court making false statements

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Cynthia Daly and Lia Bartlett Tucker convince their lawyer to file false statements and claims to the court which we by fraud to steal prepaid rent and take the PAID property

A. Where did the events giving rise to your claim(s) occur?

Back my Moter file Claims they were aware were false, to stop fines they were the Sisters were in Civil Court for, for failure to comply with County Violations which they used to conspire to use that case to falsely slander tennant who's lease clearly protected him from such fraud, but for the violation of Due Process the court to assist the false statement of breech of lease claim or judgement

B. What date and approximate time did the events giving rise to your claim(s) occur?

On 05/13/22 Judge Ronald Newman found Me in Breech of a Lease Agreement of which Never was presented, insted excluded My lease with another owner, Illegally used it against me to support the the owner who file fraudulent claim of lease knowing it was untru

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Then Judge Ronald Newman made false statement to the Appellate court to manipulate Appellate Rules clearly Judge Ben Cohen clearly participates in the depravation under the color of law.

I was humiliated, Forced to live on the property though I paid All rent without water and Power which the Court was fully made aware - but had No care for the tennant Plaintiffs health and safety when A fire was lit at my trailer while I was sleeping, without power to call out for help or water to put out the fire I luckly put out the fire using My body suffering 1st 2nd 3rd de gree burns which has left my body deformed, but No court or Judge has cared, even after being

[handwritten at top:] ...with gra bartlett tucker which was cast away as if it means nothing

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Suffered 1st 2nd 3rd degree burns causing deformity, Repeated health and Mental stress and abuse. Made homeless and my stolen Pandemic Unemployment Money which PrePaid Rent lease and Bills Paid off for owner, Which lease agreement said would go towards future Rent, Plus Deposits and fire Damage and Theft of my Trailer from the Property.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Payment for loss of Property, Repayment Per lease & All paid No Deed lease Rent, Payment for Deprivations of Water & Power, Repayment of Bills Paid in good faith Rent, Judicial sanctions and Attorney Christopher Jeffery sanctioned for filing fraud on the Court and Participating in a Conspiracy to defraud

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/29/24

Signature of Plaintiff

Printed Name of Plaintiff  Bernard T. Henry Jr

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

  City    State    Zip Code

Telephone Number
E-mail Address

Page 6 of 6